IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Montes, Raymond M

Printed: 4/8/08

Case Number: 04 B 23470
Judge: Wedoff, Eugene R
Filed: 6/21/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 27, 2007
Confirmed: August 19, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,530.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,446.92 |
| Trustee Fee: |  | 83.08 |
| Other Funds: |  | 0.00 |
| Totals: | 1,530.00 | 1,530.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,105.20 | 1,446.92 |
| 2. | City Of Chicago Dept Of Revenue | Unsecured | 284.00 | 0.00 |
| 3. | CB USA | Unsecured |  | No Claim Filed |
| 4. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 5. | Northwestern Memorial Hospital | Unsecured |  | No Claim Filed |
| 6. | Trinity Hospital | Unsecured |  | No Claim Filed |
| 7. | Garretson & Santora | Unsecured |  | No Claim Filed |
|  |  |  | $ 2,389.20 | $ 1,446.92 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 22.04 |
| 4% | 2.81 |
| 3% | 2.09 |
| 5.5% | 30.73 |
| 5% | 3.56 |
| 4.8% | 6.80 |
| 5.4% | 15.05 |
|  | $ 83.08 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Montes, Raymond M

Printed:  4/8/08

Case Number:  04 B 23470
Judge:  Wedoff, Eugene R
Filed:  6/21/04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

